DP0579a

 **Publishers Clearing House** — Thanks for your order!

See instructions below regarding ▼▼▼ the use of this seal. ▼▼▼

CHANGE SERVICE REQUESTED

#BZSBHCF
#014D304469061298#
JULIA COOMES
3383 N MANA CT
STE 201
FAYETTEVILLE AR 72703-4966

PARCEL SELECT
U.S. POSTAGE PAID
SMARTPOST
e-VS
379 M13  01–504Q
* J
6674510  984

3044690612980 727034966
000000000 0 CPS 08A13


**PLUS FREE EARRINGS!**
JEWEL GEMS GENUINE AMETHYST PENDANT
Your Price Only $19.96
FOUR PAYMENTS EACH ONLY $4.99
OPCH0

USPS TRACKING # e-VS



9261 2927 0103 5785 0885 40

August 18, 2013
Customer I.D.# 02147046102

▶ **Thank you, Julia Coomes!** We appreciate your recent entry and thank you for your participation in our Sweepstakes. Your loyalty is appreciated. **Now, see enclosed for details about a $45,000.00 Cash Prize!** But wait ... there's more! As a way to say "thank you" for your interest in our **JEWELRY OFFERS**, please enjoy the enclosed special handpicked reward for customers like you! Use the seal above to take advantage of this offer. See next page for exciting details!

▶ **YOUR ORDER SUMMARY**                          RE: Julia Coomes /Order No. 3044 6906 1298

| QTY | CODE | ITEM NUMBER | PRODUCT DESCRIPTION | DELIVERY STATUS | EXPECTED DELIVERY | ITEM PRICE | S & H/ PROC. | TOTAL PRICE |
|---|---|---|---|---|---|---|---|---|
| 01 | X0Q3 | 545040 | COLORFUL TACO PLATES | ENCLOSED | --------- | $19.96 | $7.99 | $27.95 |

13335 0001 Y
ASI-3 P5020

▼ TEAR ALONG DOTTED LINE – RETURN THE BELOW REMITTANCE FORM TODAY ▼

**PUBLISHERS CLEARING HOUSE PAYMENT / OFFICIAL ENTRY-ORDER FORM**     DP0579a

**❶ YOUR PAYMENT IS DUE FOR ORDER ABOVE**

Payment Due By 09/22/13
TOTAL ORDER AMOUNT       $27.95
PAYMENTS/CREDITS REC'D.   $0.00
BALANCE DUE              $27.95
         OR
MINIMUM PAYMENT DUE       $6.99
Any promotional credits will be reflected in Payments/Credits Rec'd.

MAKE CHECK OR MONEY ORDER PAYABLE TO: PUBLISHERS CLEARING HOUSE
AMOUNT ENCLOSED $_____

**❷ CUSTOMER REWARD!**
SEAL INSTRUCTIONS:
TO TAKE ADVANTAGE OF THE SPECIAL HANDPICKED DEAL, PLACE THE SEAL ABOVE TO AREA AT RIGHT!

X0Q3 P                 Sweepstakes facts included on separate insert.

NO PURCHASE OR FEE NECESSARY TO ENTER. A PURCHASE OR PAYMENT WON'T IMPROVE AN INDIVIDUAL'S CHANCE OF WINNING.

**❸ CASH AWARD REGISTRATION**

I, **Julia Coomes** claim full eligibility to WIN an exciting $45,000.00 prize from Giveaway No. 2764. I will respond by the **09/22/13** deadline date.

PUBLISHERS CLEARING HOUSE
PO BOX 6344
HARLAN IA 51593-1844

JULIA COOMES FAYETTEVILLE AR 72703-4966

00PGL400699808/18/13304469061298027952

Exhibit C